UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
JOMO WILLIAMS,                :

                Petitioner,   :    07 Civ. 5496 (WHP) (FM)
                                07 Civ. 5514 (WHP) (FM)

    -against-          :

                                     ORDER

COMMISSIONER NYSDOC, et al.,  :

                Respondents. :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Petitioner pro se Jomo Williams ("Williams" or "Petitioner") filed two petitions for writs of habeas corpus pursuant to 28 U.S.C. § 2254 challenging separate convictions in Westchester County. In the petitions, Williams alleges civil rights violations under 42 U.S.C. § 1983 against the Defendants. Defendants move to dismiss the civil rights claims under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. This action was referred to Magistrate Judge Frank Maas, for a report and recommendation. In a Report and Recommendation dated March 2, 2010 ("the Report"), Judge Maas recommended that the § 1983 claims be dismissed.

        The time to file objections or request an extension of time has passed. Neither party submitted an objection or requested additional time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2010

Accordingly, this Court adopts Magistrate Judge Maas's thorough and well-reasoned Report in its entirety and grants Defendants' motion to dismiss Plaintiff's civil rights claims (No. 07 Civ. 5496, Docket No. 20).

Dated: March 22, 2010
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

The Hon. Frank Maas
United States Magistrate Judge

Jomo Williams
03-A-6836
Attica Correctional Facility
639 Exchange St.
Box 149
Attica, NY 14011
*Petitioner pro se*

*Counsel of Record:*

John Sergi
Assistant District Attorney
Office of the District Attorney
Westchester County
Fax: (914) 995-4672

Neil Shevlin
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Respondent*