```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOMO WILLIAMS,                              :

                    Petitioner,    :     07 Civ. 5496 (WHP) (FM)
                                        07 Civ. 5514 (WHP) (FM)
   -against-                               :
                                        ORDER
COMMISSIONER NYSDOC, et al.,   :

                    Respondents.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Petitioner Jomo Williams ("Williams") has filed two pro se petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions on burglary-related charges following two separate jury trials in Westchester County Court in 2003. In a Report and Recommendation dated October 31, 2011 ("the Report"), Magistrate Judge Frank Maas recommended that the petition be denied in its entirety. As of this date, neither party has submitted any objection to the Report nor requested an extension of time in which to do so. This Court finds that the Report is not facially erroneous, and affirms and adopts it. Accordingly, it is

        ORDERED that this petition for writ of habeas corpus is denied; and it is

        FURTHER ORDERED that because Williams has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c), as amended by the Antiterrorism and Effective Death Penalty Act of 1996. In addition, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438 (1962).

The Clerk of the Court is directed to mark this case closed.

Dated: December 9, 2011
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

The Hon. Frank Maas
United States Magistrate Judge

Jomo Williams
3333 Broadway
New York, NY 10031
*Petitioner Pro Se*

Neil Shevlin
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Respondent*